**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
FIFTH AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **DANIEL J. LINDEN**   JOINT DEBTOR: **STACIE G. LINDEN** CASE NO. **13-39606-BKC-AJC**
Last four digits of SS No. 5949     Last four digits of SS No. 8501
**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

**A. $1,098.30** for months **1** to **8**, beginning **January 13, 2014**;
**B. $55.55** for months **9** to **60**, beginning **September 13, 2014**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $4,425.00(SAFE HARBOR; Base-$3,500.00, Cost-$150.00, Motion to Value Real Property-$775.00); Paid Fees: $2,500.00; Balance Due: $1,925.00; payable $240.63/mo. (Mos. 1 to 8)

**LMM FEES:** $2,500.00, Paid Fees: $1,500.00, Balance Due: $1,000.00, Payable; $125.00/mo. (Mos. 1 to 8)
**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**
**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**
**NONE**

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]
**NONE**

**Unsecured Creditors**: Payable: $622.84/mo. (Mos. 1 to 8) & $50.00/mo. (Mos. 9 to 36). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. The Debtor will modify the Chapter 13 Plan to increase the amounts to be paid in to provide for a 100% distribution to allowed unsecured claims.

**OTHER PROVISIONS: Chase (1st Mtg Homestead Prop. Acct #6242 - 2325 NE 194 St., Miami, FL 33180 and TROPICAL FINANCIAL (2nd Mtg Homestead Prop. Acct #2298 - 2325 NE 194 St., Miami, FL 33180) -** The accounts with these creditors will be treated outside the Chapter 13 Plan.

**SPECIAL PROVISION: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f)1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 each year the case is pending, unless under extension, and that the debtor(s) shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

Dated: August 19, 2014
**CERTIFICATE OF MAILING**

   I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 19th day of August, 2014.

> Law Offices of Michael J. Brooks,
> Michael A. Frank,
> & Rodolfo De La Guardia
> Attorney for Debtor(s)
> 10 N.W. LeJeune Road, Suite 620
> Miami, FL  33126-5431
> (305) **443-4217**
> Pleadings@bkclawmiami.com
>
>
> By /s/_____
> Michael J. Brooks
> Florida Bar No. 434442

   LF-31 (rev. 01/08/10)